# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JOSEPH GLENN McNEW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2931

_____

April 1, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher LaBruzzo, Judge.

Joseph Glenn McNew, pro se.


PER CURIAM.

Affirmed.


LaROSE, KHOUZAM, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.